UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6626

CYNTHIA ANN ROYAL,

                                  Plaintiff - Appellant,

          versus

CLAY HESTER, Sheriff; DEPUTY WICKMAN; DEPUTY
MASON; DEPUTY SANDER; DEPUTY NICKSON; DEPUTY
BENNETT; DEPUTY HAWKS; SERGEANT ANDERSON,

                                  Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.
(CA-95-554-3)

Submitted:  August 15, 1996          Decided:  August 27, 1996

Affirmed by unpublished per curiam opinion.

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Cynthia Ann Royal, Appellant Pro Se.  Samuel Lawrence Dumville,
Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Cynthia Ann Royal appeals from the magistrate judge's[*] final judgment denying relief on her 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the magistrate judge's final judgment and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Royal v. Hester, No. CA-95-554-3 (E.D. Va. Mar. 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to disposition by a magistrate judge pursuant to 28 U.S.C. § 636(c) (1988).

2